

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2019

No. 04-16-00671-CR

Luis Alfredo **SERVIN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5175
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Appellant's Motion for Leave to file Second Corrected Amended Opening Brief is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court